UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and STATE OF NEVADA,<br><br>                Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL MARKETS LIVE, INC., a corporation, also d/b/a IYOVIA, iMarketsLive, IM Mastery Academy, and IM Academy,<br><br>IM MASTERY ACADEMY LTD., f/k/a International Markets Live Ltd., a United Kingdom company,<br><br>ASSIDUOUS, INC., a corporation,<br><br>GLOBAL DYNASTY NETWORK, LLC., a limited liability company,<br><br>CHRISTOPHER TERRY, individually and as an owner and officer of INTERNATIONAL MARKETS LIVE, INC.,<br><br>ISIS TERRY, fka ISIS DE LA TORRE, individually and as an owner and officer of INTERNATIONAL MARKETS LIVE, INC., IM MASTERY ACADEMY LTD., and ASSIDUOUS, INC.,<br><br>JASON BROWN, individually and as an officer of INTERNATIONAL MARKETS LIVE, INC. and as a member of GLOBAL DYNASTY NETWORK, LLC,<br><br>ALEX MORTON, individually and as an officer of INTERNATIONAL MARKETS LIVE, INC.,<br><br>MATTHEW ROSA, individually and as a member of GLOBAL DYNASTY NETWORK, LLC; and<br><br>BRANDON BOYD,<br><br>                Defendants. | Misc. Case No. 1:25-mc-00495<br><br>**NOTICE OF ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754**<br><br>United States District Court<br>District of Nevada<br>Case No. 2:25-cv-00760-CDS-NJK |

NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754

United States District Court
District of Nevada
Case No. 2:25-cv-00760-CDS-NJK

On May 1, 2025, the Federal Trade Commission and State of Nevada filed a Complaint for Permanent Injunction, Monetary Judgment, and Other Relief in the United States District Court for the District of Nevada, Case No. 2:25-cv-00760-CDS-NJK. Attached hereto as Exhibit A is a true and correct copy of the Complaint. Court-appointed receiver, Thomas W. McNamara ("Receiver"), by and through the undersigned counsel, hereby provides notice, pursuant to 28 U.S.C. § 754, that on October 28, 2025, the Court entered a Second Modified Preliminary Injunction to Appoint Temporary Receiver ("PI"), appointing Mr. McNamara as Receiver over the Receivership Entities (PI, Section XII, p. 20). A true and correct copy of the PI is attached hereto as Exhibit B.

Respectfully submitted this 4 day of November, 2025.

**CLARK HILL PLLC**

By: /s/ *Nathan A. Goldberg*
    Nathan A. Goldberg/NG5742
1180 Avenue of the Americas, Suite 1910
New York, NY 10036
Telephone: (646) 395-8580
Facsimile: (646) 395-8700
Email: ngoldberg@clarkhill.com

*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*